# ORIGINAL

RECEIVED
SEP 2 1 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Richard J. Diaz
Firm Name: Richard J. Diaz, P.A.    07-685 C
Post Office Box:
Street Address: 3127 Ponce de Leon Blvd.
City-State-Zip: Coral Gables, FL 33134
Telephone & Facsimile Numbers: 305-444-7181 / 305-444-8178

Is the attorney of record admitted to the Court of Federal Claims Bar?    ☒ Yes    ☐ No

Does the attorney of record have a Court of Federal Claims ECF account?    ☐ Yes    ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 1 2

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. _____

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 28,500,000.00
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?    ☐ Yes    ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $_____
Is plaintiff a small business?    ☐ Yes    ☒ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?    ☐ Yes    ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.